IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00721-M-RN

CLIFTON KEITH JEFFRIES,

        Plaintiff,

v.

UNITED WHOLESALE MORTGAGE,
et al.,

        Defendants.

ORDER

This matter comes before the court on United States Magistrate Judge Robert T. Numbers, II's, Memorandum and Recommendation ("M&R"). DE 26. Having determined that Plaintiff "did not plead the necessary elements of his cause of action under the [Fair Debt Collection Practices Act]," Judge Numbers recommends granting Defendants Ishbia and United's Motion to Dismiss. DE 26.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear

---

[1] Judge Numbers issued the M&R on June 12, 2026. Accordingly, objections were due on or before June 26, 2026. DE 26; *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); Local Civ. R. 72.4(b). The M&R was submitted to this court for disposition on July 15, 2026, as of which date Plaintiff had not submitted objections.

error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's claims against Defendants Ishbia and United are DISMISSED.

SO ORDERED this ___17th___ day of July, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2